# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANS USALIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-222 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| SARAH WESTFALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER DISMISSING CASE**

This Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction on April 5, 2018, and set a response deadline for April 19, 2018. (Doc 6.) As the Court stated in its April 5, 2018 Order, this Court is required to address questions of subject matter jurisdiction of its own accord. Nesbit v. Gears Unlimited, Inc., 347 F.3d 72, 76-77 (3d Cir. 2003).

Plaintiff's Complaint (Doc. 3) identifies no valid grounds for the exercise of subject matter jurisdiction, and Plaintiff has failed to respond to this Court's Order to Show Cause. Specifically, Plaintiff's Complaint alleges that Defendant committed slander against him and states that both parties to this lawsuit are residents of Pennsylvania. Plaintiff states no claim arising under federal law and the parties are—to the extent discernible from the Complaint—citizens of the same state. Therefore, the Court finds that Plaintiff has failed to state a valid basis for the exercise of this Court's subject matter jurisdiction and that the Court lacks jurisdiction over this action.

\* \* \*

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an action in a court of appropriate jurisdiction.

IT IS SO ORDERED.


April 23, 2018
s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. mail):

**HANS USALIS**
1309 LaBelle St.
Pittsburgh, PA 15221


**SARAH WESTFALL**
1406 Amanda St.
Pittsburgh, PA 15210